

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2010 JUL 14 P 2:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number:

__Brett Christopher Love__

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

__Saint Clair County Jail__

(Enter above full name(s) of the defendant(s) in this action)

CV-10-AR-1911-E

*It is your responsibility to Notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

I. **Previous lawsuits**

    A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )     No (✓)

    B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

2. Court (if Federal Court, name the district; if State Court, name the county)
_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  Salvation Army - Anniston, Al.

A. Is there a prisoner grievance procedure in this institution?
Yes ( )   No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (✓)

C. If your answer is YES:

1. What steps did you take? _____
_____

2. What was the result? _____
_____

D. If your answer is NO, explain why not? I am not aware of how to file a greivence nor was I aware of greivance procedure in jail. An inmate explained to me to file a 1983 form was the way to get jail to make changes.

2

III. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Brett Christopher Love

Address 420 Noble St. Anniston, Al. 36201

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Saint Clair Couny Jail

is employed as _____

at _____

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

1. dangerous top bunk bed has no rail to prevent fall, as a result I fell and sprained wrist and ankle.

2. I was held in drunk tank for 3 days and not provided a mat which resulted in my hips being bruised and

Stayed sore for about 3 weeks.
3. Drunk tank is extremely filthy and has no toilet or sink in it; only way to releive yourself is in a grate in the floor.
4. They charge for personal hygeine products even if inmate is indigent.

(See attached sheets)

V. **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to award me monetary damages for the stated violations. I also would appreciate the courts seeing to repairs being made in the jail.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13th, 2010.

*Brett Love*

Signature(s)

5. No access to law library.
6. First 24 days I was in population I slept on the floor; first 4 days I was without a mat, they simply gave me 2 blankets to make a mat out of.
7. Was not issued a wash cloth or towel for the first few weeks of incarceration.
8. Filthy and inoperable shower in block.
9. My cell had broken sink with no running water and also had a hole in the wall which inmates used to pass items through and to talk to one another.
10. Continous exposure to second hand smoke which resulted in my sinus cavaties being conjested as well as making it more difficult to breathe.
11. Outdated or spoiled italian sausage was served on about 10 different occasions resulting in severe upset stomach on each occasion.
12. Food is room temp. cold when served.
13. No milk or juice was provided while I was incarcerated.
14. Women and violent offenders were taken outside far more often than my block.

(over) see next sheet

15. during entire incarceration my block had mabye 5 opportunities to go outside; ~~incarcera~~ for no more than 30 minutes each time. incarcerated from April 12th 2010 till June 28th 2010.
16. cell doors will not lock and can be used as weapon in conjunction with bean hole because it has no lock.
17. broken cell doors have resulted in felony escape convictions in some cases where as other inmates do same thing and are simply told to stay in their cells.
18. broken stools on desks can be used as a weapon.
19. black inmates shown favoritism for inmate-worker status.
20. Ceiling leaks when it rains; leak is located between Echo 1 and Echo 2 in hallway.
21. exposed wires hanging from ceiling.
22. rusty air registers in cells.
23. peeling paint throughout jail; in some places it has peeled all the way to concrete surface.
24. raw mortar throughout where holes were fixed, needs to be painted.
(see next sheet)

25. Officer Gaither makes off color jokes and comments of a homosexual nature.
26. When you make bond on a new charge you are ordered to report to Community Corrections or if you choose not to report escape warrant will be issued after 7 days.
27. Shower stall has rusty ceiling and mold all over air register.
28. Only tested for TB after about two weeks of incarceration; not tested for AIDS or any other STD or contajous diseases.
29. When you use toilet at night flushing it causes scalding hot water to fill bowl resulting in a burned hind side.
30. One inmate had dominoes in a glass mason jar.
31. Officer Messer harrassed me about cleaning out cell and removing other inmate's property, when I did not jump in high gear to get it done he threatened to lock me down yet I did nothing of a non compliance nature; inmate Joey Henderson used to cuss and threaten officer Messer and never even received reprimand.
32. Shower is so hot it scalds skin.
33. Took 2 weeks and 7 requests to get nail clippers.
(see next sheet)

34. no ~~clorox~~ bleach given to sanitize shower for a few weeks; Nor was a brush ever given ~~to sanitize~~ scrub shower.
35. 2 tables in day room have surface torn off of them and exposed particle board surface is porous and therefore breeding ground for germs and bacteria.
36. Officer Messer charged on on occasion for disposable plastic spoons; they expect us to use and reuse styrofoam cups and plastic ~~trow~~ throw-away spoons without any way of sanitizing items.
37. They charge 3 dollars for sick call to see nurse, additional 3 dollars if prescribed medicine and an additional 3 dollars if you must see doctor.
38. Gaurds bring some inmates medication where other inmates have to file sick call and see nurse to get the same treatment.
39. Some inmates are allowed to wear colored underwear in population where as mine were confiscated and put in property.
40. toothpaste all over windows, lights, and bunks.
41. they confiscate sheet and blanket if found under them from 8 A.M. til dinner is served. They keep for up to a month.

(see next sheet)

42. they do not sanitize shower slides when one inmate gets out and another inmate therefore inherets them.
43. When they wash uniforms they make you stay on top of covers even though you are only in underwear.
44. 2 days before I left jail they removed the desks in cells and put 3rd bunk in 2 man cells; when 4th inmate is put in cell he is instructed to just sleep under the 3rd bunk.
45. When I explained to nurse that my wrist was hurt she simply felt it and said she could give me an ibuprofin, it would seem an X ray would have been in order.