# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Amended Complaint - Defendants subject to suit.

Inmate Identification Number: _____

Brett Christopher Love

_____

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Captian Murdis Moss, Chief Terry Marcrum, Sheriff Terry Surles; I have two complaints I name officer Messer and one I name officer Gaither.

(Enter above full name(s) of the defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes (  )          No (  )

   B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

      _____